JEFFREY E. MITCHELL (Bar No. 229785)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA  94105-2933
Tel:  415.836.2500
Fax:  415.836.2501

Attorneys for Plaintiff
BR North 223, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BR North 223, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD GLIEBERMAN, both individually and as trustee of the BERNARD GLIEBERMAN REVOCABLE LIVING TRUST dated June 8, 2001 as amended, <br><br> Defendant. | CASE NO.  1:10-cv-02153-OWW-DLB <br><br> **ORDER GRANTING APPLICATION TO EXTEND TIME TO EFFECTUATE SERVICE** |

Upon considering the application of Plaintiff BR North 223, LLC for an order extending the time for service of the summons and complaint on Defendant Bernard Glieberman, both individually and as trustee of Bernard Glieberman Revocable Living Trust, dated June 8, 2001, as amended, and the evidence presented in support thereof, and it satisfactorily appearing to the Court that good cause exists,

IT IS HEREBY ORDERED THAT BR North 223, LLC's application for an order to extend time to effectuate service is GRANTED.  The time within which to effectuate service is extended to 45 days from the date of this order.

IT IS SO ORDERED.

    **Dated:   May 26, 2011**　　　　　　　　　　　　　　　　/s/ Dennis L. Beck
                                                             UNITED STATES MAGISTRATE JUDGE