IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BR NORTH 223, LLC, ) | 1:10cv02153 OWW DLB |
| ) | |
| ) | ORDER ADOPTING FINDINGS |
| ) | AND RECOMMENDATION |
| ) | |
| Plaintiff, ) | (Document 22) |
| ) | |
| vs. ) | |
| ) | |
| BERNARD GLIEBERMAN, both ) | |
| individually and as trustee of BERNARD ) | |
| GLIEBERMAN REVOCABLE LIVING ) | |
| TRUST dated June 8, 2001 as amended, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On May 9, 2011, the Magistrate Judge issued Findings and Recommendation that Plaintiff's Motion for Default Judgment be DENIED without prejudice. This Findings and Recommendation was served on all parties appearing in the action and contained notice that any objections were to be filed within fourteen (14) days of the date of service of the order. No objections were filed.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

---

[1] On May 24, 2011, Plaintiff filed an ex parte application to extend time to effectuate service. The court granted Plaintiff's application on May 27, 2011.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 9, 2011, is ADOPTED IN FULL;
2. Plaintiff's Motion for Default Judgment is DENIED without prejudice.

IT IS SO ORDERED.

**Dated:   June 2, 2011**            **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE

2